AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINDQUIST, RUSSELL K. | UNITED STATES BANKRUPTCY COURT | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE-SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

FEDERAL BUILDING
SUITE 3600
5400 FEDERAL PLAZA
HAMMOND, IN 46320

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust (See Addditional Information Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Bank Deposit Program FKAMerrill Lynch Bank USA Money Fund | A | Interest | K | T | | | | | |
| 2. Muniyield Insured Fund Renamed Blackrock Muniyield Ins. Fund | D | Dividend | M | T | | | | | |
| 3. Black Rock Muni Assets Fund | D | Dividend | M | T | | | | | |
| 4. -Western Asset Inter Muni Fund | C | Dividend | L | T | | | | | |
| 5. -GNM P340290x (X) | A | Distribution | | | | | | | |
| 6. -GNM P422529X (X) | A | Distribution | | | | | | | |
| 7. -Nuveen Ins. Prem. Inc.-2 (X) | A | Dividend | J | T | | | | | |
| 8. -Blackrock Muniyield QLTY (X) | E | Dividend | M | T | | | | | |
| 9. -Cash | A | Interest | K | T | | | | | |
| 10. -Black Rock Muni Assets Fund | | | | | Buy | 03/13/14 | K | | |
| 11. -Continuation of Part VII as to RKL IRA Investments | | | | | | | | | |
| 12. Merrill Lynch IRA (Aggregate Ownership Arrangement) | E | Int./Div. | O | T | | | | | |
| 13. -JP Morgan Chase Co Subordinated Note | | | | | | | | | |
| 14. -Merrill Lynch CAP, Tr. IV Def. Int. Orig. PFD Secured Note | | | | | | | | | |
| 15. -Merrill Lynch CAP, Tr. V Def. Int. Orign. PFD Sec. Note | | | | | | | | | |
| 16. -Merrill Lynch Bank USA RASP Money Account | | | | | | | | | |
| 17. -Equitable Accumulator Elite Annuity AFLAC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SBC Communications Note | | | | | | | | | |
| 19. -Bk. of Amer New Money Serie E Floating Perp. | | | | | | | | | |
| 20. -Freddy Mac New Money Ser V Perp. | | | | | Sold | 03/12/14 | J | A | |
| 21. -General Electric Capital Public Income Note | | | | | | | | | |
| 22. -Bk. of Amer. New Money Ser E FTG Perp. | | | | | | | | | |
| 23. -Freddie Mac New Money Ser V Perp. | | | | | Sold | 03/02/14 | J | A | |
| 24. -Textron Financial Corp. Bond | | | | | | | | | |
| 25. -Kraft Foods, Inc. | | | | | | | | | |
| 26. -Duke Capital Corp. | | | | | | | | | |
| 27. -Laboratory Corp. of Amer. | | | | | | | | | |
| 28. -GATX Corp. Bond | | | | | | | | | |
| 29. -Sara Lee Bond | | | | | | | | | |
| 30. -CONAGRA Foods Bond | | | | | Redeemed | 04/15/14 | J | A | |
| 31. -PPL Energy Supply LLC Bond | | | | | Redeemed | 08/15/14 | J | A | |
| 32. -Ryder-Systems, Inc. Bond | | | | | Redeemed | 03/03/14 | J | A | |
| 33. -Donnelly (R.R.) & Sons Bond | | | | | Redeemed | 04/01/14 | J | A | |
| 34. -WK Beakley Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pitney Bowes, Inc. Bond | | | | | | | | | |
| 36. -AirgGas, Inc. Bond | | | | | | | | | |
| 37. -Digital Realty Trust LLP Co. Bond | | | | | | | | | |
| 38. -JPMorgan Chase Bond | | | | | Redeemed | 09/15/14 | J | A | |
| 39. -Pitney Bowes, Inc. Bond | | | | | | | | | |
| 40. -Sara Lee Corp. Bond | | | | | | | | | |
| 41. -AirGas, Inc. Bond | | | | | | | | | |
| 42. -Direct TV Holdings, LLC Bond | | | | | | | | | |
| 43. -Best Buy Inc. | | | | | | | | | |
| 44. -SR Housing Prop. Trus | | | | | | | | | |
| 45. -Emfergy Corp | | | | | | | | | |
| 46. -SR Housing Prop. Tr | | | | | | | | | |
| 47. -Key Bank N.A. | | | | | | | | | |
| 48. -ArceLor Mittal | | | | | | | | | |
| 49. -Safeway Inc. | | | | | Redeemed | 08/08/14 | J | A | |
| 50. -CRU America Inc. | | | | | | | | | |
| 51. -Ford Motor Credit Co. LLC | | | | | Redeemed | 05/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley | | | | | | | | | |
| 53. -Ford Motor Credit LLC | | | | | | | | | |
| 54. -American Rlty CAP PPTYS | | | | | | | | | |
| 55. -KIMCO Realty Corp MD Com | | | | | | | | | |
| 56. -National Retail PPTYS | | | | | | | | | |
| 57. -Public Storage | | | | | | | | | |
| 58. -Simon Property Group Del | | | | | | | | | |
| 59. -Invesco Bond Fund | | | | | | | | | |
| 60. -Public Storage | | | | | | | | | |
| 61. -Simon Property Group Del | | | | | | | | | |
| 62. -ADT Bond | | | | | | | | | |
| 63. -Time Warner Cable Inc. bond | | | | | | | | | |
| 64. -KIMCO Realty Corp MD Com | | | | | | | | | |
| 65. -National Retail PPTYS | | | | | | | | | |
| 66. -Public Storage | | | | | | | | | |
| 67. -KIMCO Realty Corp MD Com | | | | | | | | | |
| 68. -National Retail PPTYS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Public Storage | | | | | | | | | |
| 70. -Public Storage | | | | | Buy | 03/12/14 | J | | |
| 71. -Simon Property Group DEL | | | | | Buy | 03/12/14 | J | | |
| 72. -Nuveen BLD Amer Bd Fd | | | | | Buy | 05/13/14 | K | | |
| 73. -Verizon Comm Inc | | | | | Buy | 05/13/14 | K | | |
| 74. -Nuveen BLD Amer BD FD | | | | | Buy | 06/10/14 | K | | |
| 75. -Ford Motor CreditCo LLC | | | | | Buy | 08/28/14 | J | | |
| 76. -KIMCO Realty Corp MD CM | | | | | Buy | 10/01/14 | J | | |
| 77. -National Retail PPTYS | | | | | Buy | 10/01/14 | J | | |
| 78. -Public Storage | | | | | Buy | 10/01/14 | J | | |
| 79. -Simon Property Group DEL | | | | | Buy | 10/01/14 | J | | |
| 80. -Merrill Lynch IRA-Spouse (Aggregate Ownership Arrangement) | D | Interest | N | T | | | | | |
| 81. -ML Bank Deposit Program f/k/a Merrill Lynch USA Rasp MF | | | | | | | | | |
| 82. -Euitable Accumulator Elite Annuity | | | | | | | | | |
| 83. -Kraft Foods, Inc. | | | | | | | | | |
| 84. -Emerson Electric | | | | | | | | | |
| 85. -Hasbro, Inc. Bond | | | | | Redeemed | 05/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Donelly (R.R.) & Sons Bond | | | | | Redeemed | 04/01/14 | J | A | |
| 87. -AirGas, Inc. Bond | | | | | | | | | |
| 88. -Digital Realty Trust, LLP | | | | | | | | | |
| 89. -JPMorgan Chase Co. Bond | | | | | Redeemed | 09/15/14 | J | A | |
| 90. -Best Buy Co. Inc. | | | | | | | | | |
| 91. -Sr Housing Prop Trus | | | | | | | | | |
| 92. -Key Bank N.A. | | | | | | | | | |
| 93. -ArcelorMittal | | | | | | | | | |
| 94. -CRU America Inc. | | | | | | | | | |
| 95. -Western Union Note | | | | | | | | | |
| 96. -INVESCO Bond Fund | | | | | | | | | |
| 97. -National Retail PRTYS Inc. | | | | | | | | | |
| 98. -Public Storage | | | | | | | | | |
| 99. -Stag Industries Inc. | | | | | Buy | 04/30/14 | J | | |
| 100. -Prologis Inc. | | | | | Buy | 04/30/14 | J | | |
| 101. -Natonal Retail PPTYS | | | | | Buy | 10/06/14 | J | | |
| 102. -Public Storage | | | | | Buy | 08/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Irrevocable Trust 1 App. Dates 01-21-13 and 01-29-13 | D | Rent | N | Q | | | | | |
| 104. -Real Estate LaPorte County IN (Farm Land) | | | | | | | | | |
| 105. -Residence City of Portage IN | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On February 24, 2014 I took a required minimum IRA Distribution from my Merrill Lynch IRA Account No. 629-85806 in the gross amount of $30,303.25. From that amount $6,665.00 was withheld for Federal Taxes and $1,212.00 was withheld for State Taxes. The net of $22,426.25 was transferred to and credited to Merrill Lynch CMA Account No. 629-20035 held jointly with my spouse.

On February 24, 2014      took a required minimum IRA Distribution from her Merrill Lynch IRA Account No. 629-83579 in the gross amount of $10,730.70. From that amount $2,360.00 was withheld for Federal Taxes and $429.00 was withheld for State taxes. The net of $7,941.75 was transferred to and credited to Merrill Lynch CMA Account No. 629-20035 held jointly with myself.

As to Section I, Positions, I am sole Trustee of Ruth E. Lindquist Irrevocable Trust and Primary Beneficiary. See Section VII Investments & Trusts., marked with an (X). (See Lines 7-11).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RUSSELL K. LINDQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544